UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND TURNER, | ) | CASE NO. CV 09-5508-PA (AJW) |
|     Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| KATHLEEN DICKINSON, Warden, | ) | |
|     Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 3, 2011

_____
Percy Anderson
United States District Judge